UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

DEC - 4 2009

TERESA L. _____, CLERK
U.S. District Court
Southern District of West Virginia

David Berkebile Warden
and Correctional officers in
memorandum

_____

*(Enter above the full name of the plaintiff
or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

5:09-1305

**VERSUS**

**CIVIL ACTION NO.** 5:09 cv 00570

*(Number to be assigned by Court)*

Riccardo Medrano

_____

_____

_____

*(Enter above the full name of the defendant
or defendants in this action)*

## COMPLAINT

I.     **Previous Lawsuits**

    A.     Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

        Yes _____          No ✓_____

1

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.   Parties to this previous lawsuit:

        Plaintiffs: _Memorandum_ _____

        _____

        _____

        Defendants: _Memorandum_ _____

        _____

        _____

    2.   Court (if federal court, name the district; if state court, name the county);

        _____

    3.   Docket Number: _____

    4.   Name of judge to whom case was assigned:

        _____

    5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

        _____

    6.   Approximate date of filing lawsuit: _____

    7.   Approximate date of disposition: _____

2

II.    **Place of Present Confinement:** FCI Yazoo Mississippi

    A.    Is there a prisoner grievance procedure in this institution?

                Yes ___✓___        No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                Yes _____        No _____

    C.    If you answer is YES:

        1.    What steps did you take? _____

              _____

        2.    What was the result? _____

              _____

    D.    If your answer is NO, explain why not: _____

              _____

III.   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: _____

        Address: _____

    B.    Additional Plaintiff(s) and Address(es): _____

        _____

        _____

        _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _____

    is employed as: _____

    at _____

D.   Additional defendants: _____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____ memorandum in Support _____

_____

_____

_____

_____

_____

_____

_____

**IV.** **Statement of Claim (continued):**

Page 1 - 37

**V.** **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Memorandum in Support Pg 1-37

**V.**     **Relief (continued)):**

_Memorandum in support_
_Pg 37-41_

**VII.**   **Counsel**

A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                    Yes ___✓___          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: _____

C.     Have you previously had a lawyer representing you in a civil action in this court?

                    Yes _____          No _____

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20_____.

_____

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                    (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7