IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

RICARDO MEDRANO,

        Plaintiff,

v.                        CIVIL ACTION NO. 5:09-cv-01305

DAVID BERKEBILE, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order Adopting the Proposed Findings and Recommendation which granted Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment Motion (Document 37), the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this case be dismissed and stricken from the docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:       August 30, 2011

*(signature)*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA